UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ERIC J. WHITE,

        Plaintiff,

                                      Case No. 1:10-cv-1

v.

                                      Hon. Robert J. Jonker

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

**ORDER OF TRANSFER**

This is an action for judicial review of the commissioner's denial of Social Security benefits action brought by pursuant to 42 U.S.C. § 405(g).  Pursuant to § 405(g), venue for judicial review of the commissioner's final decision:

> shall be brought in the district court of the United States for the judicial district in which the plaintiff resides, or has his principal place of business, or, if he does not reside or have his principal place of business within any such judicial district,  in the District Court for the Court of the United States for the District of Columbia.

42 U.S.C. § 405(g).

Plaintiff has not alleged that he resides in the Western District of Michigan or that his principal place of business is in this district.  Rather, plaintiff states that he is a resident of Otsego County, Michigan, which lies within the Eastern District of Michigan, Northern  Division. 28 U.S.C. § 102(a)(2).  Proper venue for this action lies in the United States District Court for the Eastern District of Michigan.  42 U.S.C. § 405(g).

**IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). The Clerk shall transmit the file forthwith to the Clerk of the Court in Detroit.

Dated: January 14, 2010                                  /s/ Hugh W. Brenneman, Jr.
                                                         HUGH W. BRENNEMAN, JR.
                                                         United States Magistrate Judge