UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eric J. White,

     Plaintiff,

v.                                     Case No. 10-10227

Commissioner of Social Security,           Honorable Sean F. Cox

     Defendant.

_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

Plaintiff brought this action seeking judicial review of the Commissioner's unfavorable

decision disallowing benefits.  Thereafter, the parties filed cross-motions for summary judgment,

which were referred to Magistrate Judge Michael Hluchaniuk pursuant to 28 U.S.C. §636(b).  On

March 8, 2011, Magistrate Judge Hluchaniuk issued his R&R which recommends that Plaintiff's

Motion for Summary Judgment be denied, Defendant's Motion for Summary Judgment be

granted, and that the findings of the Commissioner be affirmed.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a

matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days.  "The

district judge to whom the case is assigned shall make a *de novo* determination upon the record,

or after additional evidence, of any portion of the magistrate judge's disposition to which

specific written objection has been made."  *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither

party has filed objections to the R&R.

The Court hereby **ACCEPTS and ADOPTS** the March 8, 2011 R&R in its entirety.  **IT**

**IS ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED,** Defendant's Motion

for Summary Judgment is **GRANTED**, and the findings of the Commissioner are **AFFIRMED.**

      **IT IS SO ORDERED.**


                            S/Sean F. Cox
                            Sean F. Cox
                            United States District Judge

Dated:  March 23, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on
March 23, 2011, by electronic and/or ordinary mail.

                            S/Jennifer Hernandez
                            Case Manager